## TRINITY UNITED METHODIST CHURCH OF SPRINGFIELD, MASSACHUSETTS *v.* GERALDINE ST. MARIE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 661 (AC 25459), is denied.

*James W. Sherman*, in support of the petition.

*Michael D. O'Connell* and *Erin L. Arcesi*, in opposition.

Decided June 15, 2005

## HOUSING AUTHORITY OF THE TOWN OF WALLINGFORD *v.* AMPARO PEREZ

The defendant's petition for certification for appeal from the Appellate Court (AC 26122) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Amparo Perez*, pro se, in support of the petition.

*E. James Loughlin*, in opposition.

Decided June 15, 2005

## ANDREA MARTINEZ ET AL. *v.* AMEDEO D. ZOVICH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 766 (AC 25166), is denied.

*Carl R. Ficks, Jr.,* and *James V. Somers*, in support of the petition.

*Jacek I. Smigelski*, in opposition.

Decided June 22, 2005